UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL #165, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 651 |
| ASC INSULATION, FIREPROOFING AND SUPPLIES, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

## <u>MOTION FOR ENTRY OF DEFAULT AND JUDGMENT</u>

Plaintiff, Laborers' International Union of North America Local #165, by its attorneys, move the Court pursuant to Rule 55, F.R.Civ.P., for entry of judgment by default against Defendant, ASC INSULATION, FIREPROOFING AND SUPPLIES, INC., an Illinois corporation, in the total amount of $3,169.48 plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $1,533.75. In support of this motion, Plaintiff states that:

1.     On January 29, 2014, Laborers' International Union of North America Local #165, filed this action pursuant to §301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. §185.(a), as amended. Plaintiff's Complaint sought to enforce an arbitration award against Defendant in the total amount of $3,169.48 (<u>see</u> Affidavit of Charlie Shempf).

2.     On February 7, 2014, Plaintiff served Defendant's Registered Agent with a copy of the Summons and Complaint (a copy of the Summons and Affidavit of Service is attached hereto). Pursuant to Rule 12(a) F.R.Civ.P., Defendant was required to appear and answer Plaintiff's Complaint on or before February 28, 2014.

3.    As of the time of the filing of this motion, Defendant has neither appeared nor answered or otherwise pled to Plaintiff's Complaint.

WHEREFORE, Plaintiff respectfully requests this Court enter judgment by default against ASC INSULATION, FIREPROOFING AND SUPPLIES, INC., an Illinois corporation, and in favor of Plaintiff, Laborers' International Union of North America Local #165, in the amount of $3,169.48, plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $1,533.75.


/s/   Jennifer L. Dunitz-Geiringer

Pasquale A. Fioretto
Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\GPLDC\165\ASC Insulation\motion.jdg.df.wpd

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 27th day of March 2014:

>    Ms. Lourdes Castro, Registered Agent
>    ASC Insulation, Fireproofing and Supplies, Inc.
>    607 Church Road
>    Elgin, IL   60123


/s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\GPLDC\165\ASC Insulation\motion.jdg.df.wpd